# Court of Appeals
# of the State of Georgia

ATLANTA,  August 08, 2023

*The Court of Appeals hereby passes the following order:*

## A23D0386. KENNETH LARUE v. METROPOLIS INVESTMENTS, LLC.

In this dispossessory proceeding, the magistrate court granted Metropolis Investments, LLC, a writ of possession, and Kenneth and Khalilah LaRue appealed to superior court. Metropolis Investments filed a motion for summary judgment, which the superior court granted in part and denied in part on April 27, 2023. The LaRues filed a motion for reconsideration on May 23, 2023, which the court denied on July 7, 2023. The LaRues seek discretionary review of the superior court's July 7 order. We lack jurisdiction.

An application for discretionary review generally may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). Under OCGA § 44-7-56, however, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Moreover, the denial of a motion for reconsideration of an appealable order or judgment is not itself appealable and the filing of a motion for reconsideration does not extend the time for filing a discretionary application for appeal. See *Wright v. Wright*, 367 Ga. App. 15, 17, n.2 (884 SE2d 610) (2023); *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).

The LaRues filed their discretionary application on July 14, 2023, 78 days after the April 27, 2023 order denying in part and granting in part Metropolis Investments's motion for summary judgment. Thus, the application is untimely as to that order. And the application is invalid as to the order denying their motion for reconsideration. Accordingly, we lack jurisdiction to consider this application, which

is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, _____08/08/2023_____

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____ , Clerk.